| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 12-00429-011 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:21CR182 (SDW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **Mohammed Said Mohammed** | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Sim Lake | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 08/07/2019 — TO 08/06/2022 |

OFFENSE

21:841A=CD.F, Controlled Substance - Sell - Distribute - Or Dispense; 21:846=MP.F, Conspiracy To Possess With Intent To Distribute Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MARCH 2, 2021

Date — United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Jersey

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 3, 2021 — *s/Susan D. Wigenton*

Effective Date — United States District Judge